Amy L. Bennecoff (275805)
Kimmel & Silverman, P.C.
30 East Butler Pike
Ambler, PA 19002
Telephone: 215-540-8888
Facsimile: 215-540-8817
teamkimmel@creditlaw.com
Attorney for Plaintiff

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| REGINA URENA, | § § § | |
| Plaintiff, | § | Civil Action No. 5:18-cv-07786-LHK |
| v. | § § | |
| CHARTER COMMUNICATIONS, INC., | § § § § | |
| Defendant. | § § § § § | |

STIPULATION TO DISMISS

TO THE CLERK:

Pursuant to Rule 41(a)(1)(A)(ii), counsel for all parties hereto stipulate to the dismissal

with prejudice and with each party to bear its own costs and fees.

Helen B. Kim, Esq.
Thompson Coburn, LLP
2029 Century Park East
Suite 1900
Los Angeles, CA 90067
Phone: 310-282-9430
Email:  hkim@thompsoncoburn.com
Attorney for the Defendant

Date: April 8, 2020

/s/ Amy L. Bennecoff Ginsburg
Amy L. Bennecoff Ginsburg Esq.
Kimmel & Silverman, P.C.
30 East Butler Pike
Ambler, PA 19002
Phone: (215) 540-8888
Fax: (215) 540-8817
Email: aginsburg@creditlaw.com
Attorney for the Plaintiff

Date: April 8, 2020

- 1 -

STIPULATION FOR DISMISSAL

1

2

## **CERTIFICATE OF SERVICE**

3

4

I, Amy L. Bennecoff Ginsburg, Esquire, do certify that I served a true and correct copy of the Stipulation of Dismissal in the above-captioned matter, upon the following via CM/ECF

5

system:

6

7
    Helen B. Kim, Esq.
    Thompson Coburn, LLP

8
    2029 Century Park East
    Suite 1900

9
    Los Angeles, CA 90067
    Phone: 310-282-9430

10
    Email:  hkim@thompsoncoburn.com
    Attorney for the Defendant

11

12

13
DATED:  April 8, 2020        /s/ Amy L. Bennecoff Ginsburg
            Amy L. Bennecoff Ginsburg Esq.

14
            Kimmel & Silverman, P.C.
            30 East Butler Pike

15
            Ambler, PA 19002
            Tel: 215-540-8888

16
            Fax: 215-540-8817
            Email: teamkimmel@creditlaw.com

17
            Attorney for Plaintiff

18

19

20

21

22

23

24

25

26

27

28

STIPULATION FOR DISMISSAL

5:18-cv-07786-LHK